# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __16-2135__    Caption: Estate of Robert Ethan Saylor v. Richard Rochford

---

Argument Session For Which You Are Scheduled: 5/9/17 - 5/11/17

Dates You Are Available To Argue in the Session (if any):
None

Other Relevant Information:
See attached.

Party(ies) Represented:
Richard Rochford, Scott Jewell and James Harris

Counsel: Daniel Karp, Esquire and Sandra Lee, Esquire

---

I, __Daniel Karp__, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Sharon Krevor-Weisbaum, Esquire,
Joseph B. Espo, Esquire
Jean Mary Zacharlasiewicz, Esquire
Andrew D. Freeman, Esquire
Brown Goldstein & Levy
120 E. Baltimore STreet, Suite 1700
Baltimore, Maryland 21202

February 15, 2017
Date

Signature

01/14/2016 SCC

Attachment to Notice Regarding Conflict with Proposed Argument Date:

Other Relevant Information:

      The tentative argument dates which have been scheduled conflict with a three to four week trial, scheduled to begin on May 1, 2017, *Espina v. Prince George's County,* Case No: CAL09-23501, in the Circuit Court for Prince George's County, in which both Daniel Karp and Sandra Lee, counsel for Appellants, are scheduled to appear on behalf of the Defendant.